IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| CHRISTINA INFANTE, ET AL., <br> Plaintiffs, <br> <br> v. <br> <br> TEXAS DEPARTMENT <br> OF PUBLIC SAFETY, ET AL., <br> Defendants. | § <br> § <br> § <br> §     CIVIL ACTION NO. 3:23-CV-174 <br> § <br> § <br> § <br> § |

**DEFENDANT TEXAS DEPARTMENT OF PUBLIC SAFETY'S
NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS**

Defendant Texas Department of Public Safety (DPS) hereby notices its removal of this lawsuit to federal court, pursuant to 28 U.S.C. § 1446(a).

Plaintiffs are individuals who reside in Harris County, Texas. On March 14, 2023, Plaintiffs filed this lawsuit in the 239th District Court of Brazoria County, Texas, entitled CHRISTINA INFANTE, AND JANET NELY SOLIS, INDIVIDUALLY, AS NEXT FRIEND OF NEVEAH ALLISON PEREZ, AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF XAVIER MICHAEL PEREZ, DECEASED v. THE BRAZORIA COUNTY SHERIFF'S DEPARTMENT, THE TEXAS DEPARTMENT OF PUBLIC SAFETY AND DPS AGENT JOHN DOE a/k/a SEALED PARTY, Cause Number 121989-CV.[1] DPS was thereafter served with Plaintiffs' Complaint on May 24, 2023.[2] No other party has been properly served or has appeared.[3]

---

[1] Exhibit B.

[2] Exhibits A & D.

[3] Exhibit D (Plaintiffs attempted to serve "John Doe" through Steven McCraw, Director of the Texas Department of Public Safety. See Exhibits A & D. Until parties are properly identified and personally served, however, they have no duty to plead and are not subject

A federal question appears on the face of Plaintiffs' complaint, in that this cause of action is brought explicitly pursuant to 42 U.S.C. §§ 1983, 1986, and 1988, seeking redress for alleged violations of Fourth, Eighth, and Fourteenth Amendment rights.[4] This court has original jurisdiction of all civil claims arising under the Constitution and laws of the United States.[5] To the extent Plaintiffs bring separate state claims, this Court also has supplemental jurisdiction.[6] Removal of this case is therefore proper, pursuant to 28 U.S.C. § 1441(a).

This notice is timely filed.[7] Venue is proper in the Southern District of Texas – Galveston Division, because this case was originally filed in the District Court of Brazoria County, Texas.[8]

There are currently no motions pending in state court. A copy of this notice will be filed in 239th District Court of Brazoria, Texas. Additionally, a copy of this notice and all attachments will be served on Plaintiffs. DPS will file responsive pleadings in this Court within 7 days of the filing date of this notice.[9] All process and pleadings are attached hereto, in accord with 28 U.S.C. § 1446(a) and Local Rule 81.

---

to default. See Lowe v. Dallas Police Dep't, No. 3:17-CV-704, 2017 U.S. Dist. LEXIS 166149, 2017 WL 4480687 at *2 (N.D. Tex., Sep. 19, 2017) (citations omitted), report and recommendation adopted by 2017 U.S. Dist. LEXIS 165919, 2017 WL 4475132 (N.D. Tex., Oct. 6, 2017).

[4] Exhibit B at 11-20; See Bernhard v. Whitney Nat'l Bank, 523 F.3d 546 (5th Cir. 2008) (Explaining that under the "well-pleaded complaint" rule, a federal court has removal jurisdiction if a federal question appears on the face of the complaint, but not if the plaintiff pleads only a state law cause of action which might invoke a federal defense).

[5] 28 U.S.C. § 1331.

[6] 28 U.S.C. § 1367.

[7] See 28 U.S.C. § 1446(b)(1) (notice of removal must be filed within 30 days of receipt of the initial pleading by the defendant).

[8] See 28 U.S.C. § 1441(a); https://www.txs.uscourts.gov/offices/galveston-division.

[9] See FED. R. CIV. P. 81(c).

Respectfully submitted,

**JOHN SCOTT**
Provisional Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**SHANNA E. MOLINARE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/ *Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General
Attorney-In-Charge
State Bar No. 24065628
Southern District No. 1021745
Christopher.Lindsey@oag.texas.gov

P.O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080 (Phone No.)
(512) 370-9314 (Fax No.)

**ATTORNEYS FOR DPS**

**CERTIFICATE OF SERVICE**

I, **CHRISTOPHER LEE LINDSEY**, Assistant Attorney General, do hereby certify that a true and correct copy of the foregoing has been served on Plaintiff by email on this 12th day of June, 2023, to:

Christopher Sharkey, sharkeylaw@sbcglobal.net
**Attorneys for Plaintiff**

/s/ *Christopher Lee Lindsey*
**CHRISTOPHER LEE LINDSEY**
Assistant Attorney General